VANDUZON *v.* THE STATE.

GILBERT, J. Emory Vanduzon was indicted and convicted of the offense of murder. He filed a motion for a new trial, consisting of the general grounds only. To the judgment overruling his motion he excepted. *Held,* that the verdict is supported by evidence.

*Judgment affirmed. All the Justices concur.*

No. 7748. MAY 16, 1930.

*R. R. Shropshire,* for plaintiff in error.

*George M. Napier, attorney-general, John A. Boykin, solicitor-general, T. R. Gress, assistant attorney-general,* and *J. W. LeCraw,* contra.